UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BLACKSHIRE,<br><br>  Plaintiff,<br><br>  v.<br><br>SACRAMENTO COUNTY SHERIFF,<br><br>  Defendant. | No. 2:15-cv-1123 MCE CKD PS<br><br><br>ORDER |

Plaintiff has requested appointment of counsel. ECF No. 15. By order filed May 26, 2016, the Court advised plaintiff that efforts to appoint pro bono counsel for plaintiff have been unsuccessful. ECF No. 14. Plaintiff was also advised that he may proceed pro se or hire his own attorney. Plaintiff was also directed to serve defendant with summons within 45 days.

In a civil action, plaintiff does not have a right to appointed counsel. Because the efforts to appoint pro bono counsel have been unavailing, plaintiff's request for appointment of counsel will be denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for appointment of counsel (ECF No. 15) is denied.

Dated: June 3, 2016

　　　　　　　　　　　　　　　　　　　　　　/s/ Carolyn K. Delaney
　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

4 blackshire1123.cou

1