UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BLACKSHIRE,

          Plaintiff,

    v.

SACRAMENTO COUNTY SHERIFF,

          Defendant.

No.  2:15-cv-1123 MCE CKD PS

ORDER

This matter came on for status conference on July 20, 2016.  Plaintiff Patrick Blackshire appeared in propria persona.  No appearance was made for defendant.  Upon review of the docket, discussion with plaintiff, and good cause appearing, IT IS HEREBY ORDERED that:

No later than August 24, 2016, plaintiff shall serve defendant with summons and a copy of the third amended complaint (ECF No. 8) in accordance with Federal Rule of Civil Procedure 4 and shall file proof of service of said service.  Failure to comply with this order shall result in a recommendation that this action be dismissed.

Dated:  July 21, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 blackshire1123.oas

1