UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BLACKSHIRE, | No. 2:15-cv-1123 MCE CKD PS |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY SHERIFF, | |
| Defendant. | |

Plaintiff has requested that a settlement conference be set in this matter. Defendant has not yet appeared in this action and accordingly a settlement conference cannot be set at this time. Plaintiff's request for settlement conference will therefore be denied without prejudice.

By order filed July 21, 2016, plaintiff was directed to serve defendant with summons and a copy of the third amended complaint (ECF No. 8) in accordance with Federal Rule of Civil Procedure 4 no later than August 24, 2016. On that same day, plaintiff filed a purported proof of service of the complaint. ECF No. 19. The proof of service fails to demonstrate compliance with Federal Rule of Civil Procedure 4(e). It appears that plaintiff simply had a third party deliver a copy of the summons and complaint to the front desk at the Sheriff's Office. This is insufficient service of summons. Plaintiff is reminded that service of summons must be properly made no later than August 24, 2016 and that failure to do so shall result in a recommendation that this action be dismissed.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for settlement conference (ECF No. 21) is denied without prejudice.

Dated: August 11, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 blackshire1123.sett