UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK BLACKSHIRE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY SHERIFF,<br><br>　　　　　　Defendant. | No. 2:15-cv-01123 MCE CKD (PS)<br><br><br><br>ORDER |

On March 8, 2018, plaintiff filed a one-page document styled as a "Request for Reconsideration." (ECF No. 28.) This action was closed on November 14, 2016. Plaintiff is advised that documents filed by plaintiff after the closing date will be disregarded, and no orders will issue in response to future filings.

Dated: March 14, 2018

　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1